IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SEAN PAUL DEPAEPE, #A6017809,<br><br>Plaintiff,<br><br>v.<br><br>JOANNA-JACKLYN WHITE, et al.,<br><br>Defendants. | CIVIL NO. 20-00198 JAO-WRP<br><br>ORDER VACATING DISMISSAL AND JUDGMENT AND DENYING MOTION TO SERVE DEFENDANTS |

### ORDER VACATING DISMISSAL AND JUDGMENT AND DENYING MOTION TO SERVE DEFENDANTS

This matter is before the Court on Plaintiff Sean Paul DePaepe's ("DePaepe") Motion to Serve Defendants Pursuant to IFP ("Motion to Serve Defendants"), filed September 8, 2020.  ECF No. 12.  On June 24, 2020, the Court had dismissed this action with partial leave granted to amend.  ECF No. 8.  The Court instructed DePaepe to file an amended pleading by July 20, 2020, and warned DePaepe that his failure to comply could result in dismissal of the action with prejudice.  *Id.*  DePaepe did not timely file an amended pleading, and the Court dismissed the action with prejudice on August 5, 2020.  ECF No. 9.  The Clerk entered judgment the following day.  ECF No. 10.

### A. DePaepe's First Amended Complaint

The Court received DePaepe's First Amended Complaint ("FAC") on September 8, 2020. ECF No. 11. DePaepe signed the FAC on July 4, 2020, and mailed it on July 10, 2020. *See* ECF No. 11 at 8; ECF No. 11-1. In addressing the envelope, however, DePaepe wrote the address for the Honolulu District Court of the First Circuit, State of Hawaiʻi—that is, 1111 Alakea St., Honolulu, Hawaii 96813. ECF No. 11-1. The FAC was returned to DePaepe and he mailed it to the correct address on August 10, 2020. ECF No. 11-2. Given these facts, the Court HEREBY VACATES the August 5, 2020 dismissal of this action and the August 6, 2020 entry of judgment.

### B. Motion to Serve Defendants

DePaepe also moves the Court to serve the FAC on Defendants. ECF No. 12. The motion is premature. The Court must first conduct a pre-Answer screening of the FAC pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(a). Any claims that are frivolous, malicious, fail to state a claim for relief, or seek damages from defendants who are immune from suit must be dismissed. *See Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc). DePaepe's Motion to Serve Defendants is DENIED without prejudice.

## **CONCLUSION**

(1) The Court VACATES the August 5, 2020 dismissal of this action, ECF No. 9, and the August 6, 2020 entry of judgment, ECF No. 10.

(2) DePaepe's Motion to Serve Defendants, ECF No. 12, is DENIED without prejudice.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaiʻi, October 5, 2020.



Jill A. Otake
United States District Judge

*DePaepe v. White, et al.*, Civil No. 20-00198 JAO-WRP; ORDER VACATING DISMISSAL AND JUDGMENT AND DENYING MOTION TO SERVE DEFENDANTS